# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, BOP #01183-112,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SIX UNKNOWN NAMES AGENTS;<br>BARACK OBAMA, Mr. President of the<br>United States,<br><br>　　　　　　　　　　　　Defendants. | Civil No.　　11-2950 BTM (BLM)<br><br>**ORDER DISMISSING ACTION** |

On December 19, 2011, Plaintiff, an inmate currently incarcerated at the Big Spring Correctional Center located in Big Spring, Texas, and proceeding pro se, filed this civil action. Plaintiff did not prepay the $350 filing fee mandated by 28 U.S.C. § 1914(a) to commence a civil action; nor did he file a Motion to Proceed *In Forma Pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). On December 30, 2011, the Court issued an Order to Show Cause why the case should not be dismissed for failing to pay the filing fee or move IFP. Plaintiff was informed that he must either pay the fee or move IFP no later than January 30, 2012. *See* Dec. 30, 2011 Order at 2. That time has since passed and Plaintiff has failed to comply with the Court's Order. Therefore, this action is **DISMISSED** without prejudice for failing to comply with the Court's Order.

DATED: March 12, 2012

　　　　　　　　　　　　　　　　　　　　／s／ Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　HON. BARRY TED MOSKOWITZ, Chief Judge
　　　　　　　　　　　　　　　　　　　　United States District Court